THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, *v.* MARY TURNER et al., Defendants, and KATHLEEN N. O'D. CANDEE, Individually and as Executrix of WILLIAM F. S. HART, Deceased, Appellant.

(Submitted May 25, 1936; decided June 2, 1936.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 397.)